## Commonwealth v. Olden, Appellant.

Submitted December 12, 1966. *George Olden*, appellant, in propria persona; *Leslie J. Carson, Jr.* and *Alan J. Davis*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.